UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESUS MIGUEL GUZMAN, JR and
KAYLA RACHELLE MEADOWS,

        Plaintiffs,

v.                                        Case No.: 6:23-cv-951-WWB-DCI

WINNIE PALMER HOSPITAL FOR
WOMEN & BABIES, FLORIDA
DEPARTMENT OF CHILDREN &
FAMILIES, ANA V. VERA
SOTOMAYOR, MICHAEL R. GOMEZ
and BRETT LEBRECQUE,

        Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review of the record.  Plaintiffs filed this case on May 30, 2023.  However, Plaintiffs failed to either file an Affidavit of Indigency or other application to proceed *in forma pauperis* or pay the full filing fee.  The Court ordered Plaintiffs to do so on or before June 20, 2023.  (Doc. 5 at 1).  Plaintiffs did not timely file a motion or pay the filing fee.  Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**.  The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on June 22, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties